UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| FIRST AMERICAN TITLE INS. CO., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14CV739 CDP |
| | ) | |
| BOLAND HOLDINGS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

# MEMORANDUM AND ORDER OF DISMISSAL

This newly-filed case is before me on my review of the file for subject matter jurisdiction. In this declaratory judgment action, plaintiff alleges that this Court has diversity jurisdiction under 28 U.S.C. § 1332. In support of this allegation, plaintiff alleges that it is incorporated in California and that defendant is a "Missouri Limited Liability Company." These allegations are insufficient to establish diversity jurisdiction, as "[a]n LLC's citizenship, for purposes of diversity jurisdiction, is the citizenship of each of its members." OnePoint Solutions, LLC v. Borchert, 486 F.3d 342, 346 (8th Cir. 2007). Moreover, a corporation is deemed to be a citizen of both its state of incorporation and its principal place of business. 28 U.S.C. § 1332(c)(1). Because plaintiff does not allege its principal place of business, the members of defendant, or their

citizenship for diversity purposes, subject matter jurisdiction is not apparent on the face of the complaint. This Court cannot exercise jurisdiction over this case under 28 U.S.C. § 1332.

Accordingly,

**IT IS HEREBY ORDERED** that this case is dismissed without prejudice for lack of subject matter jurisdiction.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of May, 2014.